321

**No. 49850.**—Protest 90481–K of McMinn & Davis Co. (San Francisco).

Opinion by WALKER, J.   At the trial the examiner identified the articles as parts of polo mallets.   As paragraph 1502 as modified provides for polo mallets, but not parts of such equipment, the protest was overruled, citing *Huber* v. *United States* (11 Cust. Ct. 55, C. D. 793).

**No. 49851.**—Protest 69031–K of Railway Express Agency, Inc. (Pembina).

Opinion by WALKER, J.   When the case was called for trial it was submitted without the introduction of any evidence.   From the official papers, including the entries, invoices, etc., it appeared that the claim of the plaintiff is well founded. The collector was therefore directed to reliquidate the entries, taking duty on the net quantity of lumber imported, citing *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).

**No. 49852.**—Protest 107613–K of Geilich Leather Co. (New York).

Opinion by WALKER, J.   An examination of the official papers disclosed that the entry was liquidated June 16, 1943, and protest filed August 19 of the same year.   The protest, being untimely, was dismissed for lack of jurisdiction in accordance with motion made by Government counsel.

**No. 49853.**—Protest 108799–K of I. Habinsky (New York).

Opinion by WALKER, J.   The case was ordered submitted, and official examination of the papers failed to disclose any reason for disturbing the action of the collector, which was held presumptively correct.

**No. 49854.**—Protest 101422–K of Elton Trading Corp.   (New York).

Opinion by WALKER, J.   The case was ordered submitted and an examination of the official papers failed to disclose any reason which would warrant disturbing the action of the collector, which was held presumptively correct.